## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REGINALD NICHOLSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-08-0227-F |
| | ) |
| JUSTIN JONES, | ) |
| | ) |
| Respondent. | ) |

### ORDER

The Report and Recommendation by Magistrate Judge Bana Roberts (doc. no. 5) recommends denying petitioner's motion for *in forma pauperis* status. (Motion, doc. no. 2.) This recommendation is **ADOPTED**, and the motion is **DENIED**. The only other matter addressed in the Report is dismissal of this action in the event petitioner fails to pay the filing fee. Petitioner has now timely paid the $5 filing fee, as shown by the receipt issued by the clerk of this court. (Doc. no. 9). Accordingly, this issue is moot. This action remains referred to the Magistrate Judge.

Dated this 10th day of April, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0227p003.wpd